**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER MODIFYING CONDITIONS** |
| Plaintiff, | ) | **OF SUPERVISION** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:06-cr-068-1 |
| Damian Anthony Azure, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

___

On February 25, 2009, the defendant, Damian Anthony Azure, appeared before the Court at a Supervised Release Violation Hearing. The Court modified Azure's special conditions of supervision to include the following:

> The Defendant, at the discretion of the supervising probation officer, may be placed at a residential re-entry center for up to six (6) months.

**IT IS SO ORDERED**.

Dated this 26th day of February, 2009.

                                          */s/ Daniel L. Hovland*
                                          Daniel L. Hovland, Chief Judge
                                          United States District Court