**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR TEMPORARY RELEASE** |
| | ) | **OF DAMIAN ANTHONY AZURE** |
| vs. | ) | |
| | ) | |
| Damian Anthony Azure, | ) | Case No. 4:06-cr-068 |
| | ) | |
| Defendant. | ) | |

Defendant Damian Anthony Azure shall be temporarily released from the North Central Correctional & Rehabilitation Center, Rugby, North Dakota, to the custody of his sister (Melanie Azure) on Saturday, August 15, 2009, at 8:00 A.M. (CST).  The Defendant is being released to attend his mother's funeral in or near Dunseith, North Dakota.  The Defendant must be returned by his sister to the North Central Correctional & Rehabilitation Center in Rugby on or before Saturday, August 15, 2009, at 6:00 P.M. (CST).  The Defendant shall refrain from using any alcohol or illegal substance while released from the correctional facility.

Dated this 12th day of August, 2006.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court